

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTIONS

Appellate case name:       John Henry Skillern v. The State of Texas

Appellate case number:    01-15-00517-CR & 01-15-0000518-CR

Trial court case number:   1436278 & 1436279

Trial court:              182nd District Court of Harris County

On December 29, 2015, this Court granted the form motion by the appellant, John Henry Skillern, for access to the appellate records and sua sponte granted a 45-day extension of time to file a *pro se* response to the *Anders* brief filed by his appellate counsel in the above appeals. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). In that Order, the Court also ordered the trial clerk to mail a copy of the records to the *pro se* appellant and certify the date of delivery within 15 days of that Order. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

On February 10, 2016, appellant filed this "First Motion for Extension of Time to File Appellant's Pro Se Brief or Response to Anders Brief" seeking 30 days to file his response to the *Anders* brief because, among other reasons, he has yet to receive the appellate records as of February 7, 2016. To date, no certification of delivery of the records has been filed by the trial clerk with the Clerk of this Court.

Accordingly, the Court **grants** the motion and again **orders** the trial court clerk, no later than **10 days** from the date of this order, to provide a copy of the records, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, **within 15 days** of the date of this order, the date upon which delivery of the records to the appellant is made. Finally, appellant's *pro se* response to his appointed counsel's *Anders* brief shall be filed **within 30 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                          ☒ Acting individually
Date: <u>February 18, 2016</u>